957 A.2d 226

COMMONWEALTH of Pennsylvania, Respondent

v.

Keith BREWINGTON, Petitioner.

No. 94 EM 2008.

Supreme Court of Pennsylvania.

Sept. 22, 2008.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of September, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.**

957 A.2d 226

Ronald BROOKS, Petitioner

v.

Honorable Rayford Allen MEANS, Judge of the Philadelphia Court of Common Pleas, Respondent.

No. 93 EM 2008.

Supreme Court of Pennsylvania.

Sept. 22, 2008.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of September, 2008, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Mandamus is **DENIED.** The judge's name is to be stricken from the caption.